RICHARD SYKES *v.* M. C. ALLEN.

Opinion filed July 3, 1903.

Appeal from District Court, Stutsman county; *S. L. Glaspell,* J.
Action by Richard Sykes against M. C. Allen. Judgment for
plaintiff. Defendant appeals.
Reversed.

*Marion Conklin* and *Ball, Watson & Maclay,* for appellant.
*J. E. Robinson* and *S. E. Ellsworth,* for respondent.

PER CURIAM. The questions involved in this case are the same
as those considered and determined in the case of *Sykes* v. *Beck,* 96
N. W. Rep. 844, in which the opinion has just been handed down.
The same attorneys appear in both cases. No briefs were filed in
this case, and it was agreed by counsel in open court that the dis-
position of this case should be governed by the decision in the
Beck case. Following the order made in that case, the district court
is accordingly directed to reverse its judgment and enter judgment
dismissing the action.